BROOKE KIM (Bar No. CA-239298)
brooke.kim@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel:   619.699.2700
Fax:   619.699.2701

Attorney for Defendants
MYLAN SPECIALTY L.P., MYLAN
PHARMACEUTICALS INC., MYLAN LLC,
AND PFIZER INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEE LACESA; E.L., by his Guardian ad Litem LACEE LACESA; and A.L. by his Guardian ad Litem LACEE LACESA, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO.; MYLAN SPECIALTY, L.P.; MYLAN PHARMACEUTICALS INC.; MYLAN LLC; PFIZER INC.; STUART EPSTEIN, M.D.; and DOES 1 to 100, et al., <br><br> Defendants. | CASE NO. 2:22-CV-02558 MCS <br><br> **DECLARATION OF BROOKE KIM IN SUPPORT OF MOTION TO STRIKE OR DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

DLA PIPER LLP (US)
SAN DIEGO

I, Brooke Kim, declare as follows:

1.     I am a partner at the law firm DLA Piper LLP (US) and counsel of record for Mylan Specialty L.P., Mylan Pharmaceuticals Inc., Mylan LLC, and Pfizer Inc. (collectively "Defendants") in the above-captioned action.

2.     I am a member in good standing of the State Bar of California and have been admitted to practice law before this Court.

3.     I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

4.     I submit this Declaration in support of the Motion to Strike or Dismiss Plaintiffs' First Amended Complaint by Defendants.

5.     Over the last four months, the parties have engaged in a good faith effort to resolve or narrow the issues raised by the Defendants' motion; however, the parties have been unable to do so.

6.     Counsel for Plaintiffs and Defendants have worked cooperatively throughout the pendency of this matter to discuss legal and factual issues in the case and to resolve disputes informally where possible. Counsel have conferred multiple times, including most recently on April 25 and 28, and May 4, 2022.

7.     Beginning in early 2021, counsel for Plaintiffs and Defendants met and conferred about issues such as non-destructive testing of the relevant Epi-Pen and the scope of the complaint.

8.     On January 23, 2021, the parties held a formal meet and confer in anticipation of Defendants' state court demurrer. Defendants' counsel described the three bases of Defendants' motion. Plaintiffs did not agree to narrow their complaint at that time but stipulated to defer Defendants' response date until such time as the parties could exchange information relating to the Epi-Pen.

9.     On February 22, 2022, Plaintiffs provided Defendants with information relating to their testing of the Epi-Pen and granted Defendants further time in which to respond to the complaint to permit review of the materials.

-2-

DLA Piper LLP (US)
San Diego

KIM DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE OR DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

10. On March 3, 2022, Defendants' counsel had a further conversation with Plaintiffs' counsel regarding the merits of the case and potential options to avoid unnecessary motion practice and discovery. At that time, Plaintiffs did not agree to narrow their complaint.

11. On April 25, 2022, before the Court issued its order on Defendants' motion to dismiss, Plaintiffs' counsel contacted Defendants' counsel. On a follow up call that same day, the parties discussed the key legal issues involved in the action. At that time, the parties had not yet reviewed the Court's written order.

12. On April 28, 2022, in response to the Court's written order, counsel for Plaintiffs and counsel for Defendants conferred and discussed the arguments Defendants intended to reassert in their second motion to dismiss Plaintiffs' complaint. Plaintiffs' counsel agreed to consider Defendants' arguments.

13. On May 3, 2022, I spoke with Plaintiffs' counsel briefly about whether Plaintiffs would agree to narrow or dismiss the complaint. He agreed to respond shortly.

14. On May 4, 2022, Plaintiffs' counsel indicated by email that Plaintiffs would not agree to narrow or dismiss the complaint through amendment at this time, and on May 5, 2022, Defendants filed their second Motion to Dismiss.

15. On May 16, 2022, in response to Defendants' section Motion to Dismiss, Plaintiffs filed their First Amended Complaint.

16. On May 18, 2022, counsel for Plaintiffs and counsel for Defendants conferred and discussed the arguments Defendants intended to assert in this motion to strike or dismiss Plaintiff's First Amended Complaint. Despite discussing the basis for the motion, counsel for both parties were unable to resolve the issues in dispute in the motion, necessitating the filing of this motion to strike or dismiss Plaintiff's First Amended Complaint.

/ / /

/ / /

DLA Piper LLP (US)
San Diego

-3-

KIM DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE OR DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of May 2022, at San Diego, California.

/s/ *Brooke Kim*
BROOKE KIM

DLA Piper LLP (US)
San Diego

KIM DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE OR DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT