Nicholas C. Rowley, Esq. (SBN 220036)
nick@tl4j.com
Dan C. Schaar, Esq. (SBN 257737)
dan@tl4j.com
Eva D. Silva, Esq. (SBN 238826)
eva@tl4j.com
TRIAL LAWYERS FOR JUSTICE
548 Market Street, PMB 76421
San Francisco, CA 94104-5401
(408) 721-1111
(408) 721-2277 fax

Attorneys for Plaintiffs, LACEE LACESA, E.L., and A.L.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEE LACESA; E.L., by his Guardian ad Litem LACEE LACESA; and A.L. by his Guardian ad Litem LACEE LACESA,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.; MYLAN SPECIALTY, L.P.; MYLAN PHARMACEUTICALS INC.; MYLAN LLC; PFIZER INC.; and DOES 1 to 100, et al.<br><br>Defendants. | **Case No.: 2:22-CV-02558 MCS (JPRx)**<br><br>**PLAINITFF A.L. AND E.L.'S ATTACHMENT 13(B) TO PETITION FOR APPROVAL OF COMPROMISE OF CLAIM OR ACTION OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR PERSON WITH A DISABILITY**<br><br><br>Hearing Date: January 30, 2023<br>Time:          9:00 a.m. |

Pursuant to the hearing on January 30, 2023 at 9 a.m., Petitioners E.L. and A.L., by and through their guardian ad litem, Lacee Lacesa, hereby submits the attached documents in support of Section 13(B) to their Petitions for Approval of Compromise of Claim or Action or Disposition of Proceeds of Judgment for Minor or Person with a Disability (Documents 82-2 and 81-2). Petitioners E.L. and A.L. attach three invoices from Applied Technical Services totaling $12,787.50. These were allocated

equally amongst the Petitioners, so $6,393.75 to E.L, and $6,393.75 to A.L.

Respectfully submitted.

Dated: January 30, 2023             TRIAL LAWYERS FOR JUSTICE


By:  /s/Eva D. Silva
     Dan C. Schaar, Esq.
     Nicholas C. Rowley, Esq.
     Eva D. Silva, Esq.
     Attorneys for Plaintiffs



# APPLIED TECHNICAL SERVICES

**1049 Triad Court, Marietta, Georgia 30062 • (770) 423-1400 Fax (770) 424-6415 • www.atslab.com**

**Trial Lawyers for Justice**
**548 Market St – PMB 76421**
**San Francisco, CA 94104**

**MAIL PAYMENT TO**
**1049 Triad Court**
**Marietta, GA 30062**
**PLEASE REFER TO**
**THIS NUMBER**

| INVOICE # |
|---|
| **4060005** |
| DATE |
| **3/26/2021** |

**Total    8766.27**

| JOB NUMBER | CUSTOMER I.D. NUMBER | PURCHASE ORDER NUMBER | TERMS | FED. EIN NUMBER |
|---|---|---|---|---|
| DF 349727 | TRI430 | J NORMAN | UPON RECEIPT | 58-0976776 |

| DESCRIPTION | | AMOUNT |
|---|---|---|

Requested By: Jakob Norman
RE: EpiPen Evidence Retrieval & Inspection
For Professional Services Rendered 2/9/2021 – 3/22/2021

Our File Remains Open

| | | |
|---|---|---|
| Engineering Staff | 21 hours @ 300.00 | 6300.00 |
| Engineering Staff | 1 hour  @ 200.00 | 200.00 |
| Airfare/Rental Car/Travel Expenses & Supplies | | 2178.77 |
| Mileage | 125 miles @    .70 | 87.50 |

For Questions Regarding This Invoice, Please Contact
Danielle at 678-444-2811.  Thank You!

**TOTAL DUE: 8766.27          PREPAYMENTS:  6150.00     BALANCE DUE:  2616.27**

**WE APPRECIATE YOUR BUSINESS!**

ATS 600, 12/01



**Applied Technical Services**
1049 Triad Court
Marietta, GA 30062
FAX # (770) 514-3299
(770) 423-1400

**PAGE**           1

**INVOICE DATE**    6/17/2021
**INVOICE NO**      4065459

TRI430

| S O L D  T O | | S H I P  T O | |
|---|---|---|---|
| TRIAL LAWYERS for JUSTICE | | TRIAL LAWYERS for JUSTICE | |
| jsullivan@czrlaw.com | | jsullivan@czrlaw.com | |
| 421 W. WATER ST. | | 421 W. WATER ST. | |
| 3rd FLOOR | | 3rd FLOOR | |
| PO BOX 228 | | PO BOX 228 | |
| DECORAH, IA 52101 | | DECORAH, IA 52101 | |

**TOTAL DUE**      3,833.73

**Project:**  349727

Requested By: Jakob Norman
RE: EpiPen Evidence Retrieval & Inspection

Phase II Billing Balance
(See Attachment)

* Our File Is Closed *

For Questions Regarding This Invoice, Please Contact Danielle at:
678-444-2811 or danielled@atslab.com - Thank You!

| DUE DATE | TERMS DESCRIPTION | CUSTOMER PO NO | | | |
|---|---|---|---|---|---|
| 6/17/2021 | ON RECEIPT | J Norman | | | |

| ITEM ID | QTY | UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| Balance of Phase II Billing | 1.00 | | 3,833.73 | 3,833.73 |

**We Appreciate Your Business**

**Federal Tax ID**  58-0976776

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 3,833.73 | 0.00 | 0.00 | 0.00 | 3,833.73 |
| | | | | **TOTAL DUE** | 3,833.73 |



Applied Technical Services
1049 Triad Court
Marietta, GA 30062
FAX # (770) 514-3299
(770) 423-1400

**PAGE**   1

**INVOICE DATE**   10/27/2022
**INVOICE NO**   4099479

TRI430
**S** TRIAL LAWYERS for JUSTICE
**O** jsullivan@czrlaw.com
**L** 421 W. WATER ST.
**D** 3rd FLOOR
   PO BOX 228
**T** DECORAH, IA 52101
**O**

**S** TRIAL LAWYERS for JUSTICE
**H** jsullivan@czrlaw.com
**I** 421 W. WATER ST.
**P** 3rd FLOOR
   PO BOX 228
**T** DECORAH, IA 52101
**O**

**TOTAL DUE**   187.50

**Project:** 349727

Requested By: Jakob Norman
RE: EpiPen Evidence Retrieval and Inspection

2-1-22 Email received requesting documents to be shared with other side per stipulation. Teleconference with Jakob Norman to confirm files will be sent via Dropbox. Requested chain of custody documentation. Emailed link to Dropbox folder containing all requested files.

10-25-22 Email from Jillian Sullivan with Trial Lawyers for Justice. Case settled, requested final invoice.

Our File is Closed

For Questions Regarding This Invoice, Please Contact Skyler Lilly at: 678-797-3412 or slilly@atslab.com - Thank You.

| DUE DATE | TERMS DESCRIPTION | CUSTOMER PO NO | | | | |
|---|---|---|---|---|---|---|
| 10/27/2022 | ON RECEIPT | Norman | | | | |

| ITEM ID | QTY | UNITS | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| Engineering Staff (Schlender) | 0.50 | hrs | 300.00 | 150.00 |
| Evidence Technician (Vance) | 0.25 | hrs | 150.00 | 37.50 |

**We Appreciate Your Business**

**Federal Tax ID** 85-4099445

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 187.50 | 0.00 | 0.00 | 0.00 | 187.50 |

  **TOTAL DUE**   187.50